**In re COLEMAN CRATEN, LLC;**
**Monica Lynn Coleman,**
**Debtors.**

**Monica Lynn Coleman, Plaintiff–**
**Appellant,**

**v.**

**Lori S. Simpson, Chapter 7 Trustee,**
**Defendant–Appellee.**

**No. 01–1465.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 29, 2001.

Monica Lynn Coleman, pro se. Kevin Gerald Hroblak, Whiteford, Taylor & Preston, Baltimore, MD, for appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Monica Coleman appeals from the district court's order dismissing as interlocutory her appeal from the bankruptcy court's order granting Bankruptcy Rule 2004 examinations of certain third-parties. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *Coleman v. Simpson*, Nos. CA–01–644–MJG; BK–99–56381; AP–99–56239–SD (D.Md. Mar. 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*